IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TERRY L. CRAFT                                                                              PLAINTIFF

VS.                                                                CIVIL ACTION NO. 4:07cv17-JCS

W. BANKS                                                                                   DEFENDANT

## FINAL JUDGMENT

In accordance with this court's memorandum opinion and order of this date, judgment is hereby entered for Defendant and against Plaintiff, and the complaint is dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915A(b)(1).

SO ORDERED AND ADJUDGED, this the 3rd day of October, 2007.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE